

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00386-CR

Kelly Elaine **COURVELLE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 6404
Honorable Kirsten Cohoon, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED April 15, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice